

NUMBER 13-13-00255-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CAMERON COUNTY, TEXAS,                                             **Appellant,**

v.

FRANCISCO SALINAS AND
GREGORIA SALINAS,
INDIVIDUALLY, AND AS
PERSONAL REPRESENTATIVES
OF THE ESTATE OF LUPITA
ESTELLA SALINAS, (DECEDENT),                        **Appellees.**

### On appeal from the 103rd District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Cameron County, Texas, perfected an interlocutory appeal of the trial

court's denial of its Second Plea to the Jurisdiction in cause number 2011-DCL-2579.

Appellant and appellees have filed a joint motion to dismiss the appeal on grounds that the parties have reached an agreement that fully settles the controversy between them and moots the appeal.   Appellant and appellees jointly request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the request of both parties, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
26th day of September, 2013.